```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2019
```

SOUTHERN DISTRICT OF THE STATE OF NEW YORK
-------------------------------------------------------------------x
JUAN MANUEL GONZAGA CORTES, *Individually
and on behalf of others similarly situated,*

                                **Plaintiff,**              Case No. 19-cv-905 (LGS)

v.                                             **DEFAULT JUDGMENT**

HANG LIN, QING QUAN ZHENG,
Individually and SAIGON CAFÉ 89 INC. d/b/a MIDO

                               **Defendants.**
-------------------------------------------------------------------x

        This action having commenced on January 30, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendants Saigon Café 89 Inc. d/b/a Mido, Hang Lin and Qing Quan Zheng (collectively "Defendants") via "Jane Smith," a co-worker of Defendants Hang Lin and Qing Quan Zheng, and via the New York Secretary of State and proof of service having been filed with the Court on February 21, 2019 and March 13, 2019, and Defendants not having answered the Complaint and the time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendants on all causes of action, including compensatory damages in the amount of $74,650.00, liquidated damages in an amount of no less than $69,650.00, plus attorney's fees and disbursements in the sum of $3643.57, and post-judgment interest as provided by law and any other relief the Court may deem appropriate and the Plaintiffs have execution thereof.

Dated: April 19, 2019
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE