UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JUAN MANUEL GONZAGA CORTES,

                Plaintiff

v.

                                   Index No. 19-cv-905 (LGS)
                                      SATISFACTION OF
                                      <u>JUDGMENT</u>

HANG LIN, QING QUAN ZHENG,
Individually and SAIGON CAFÉ 89 INC. d/b/a MIDO

                Defendants.
-------------------------------------------------------------------x

WHEREAS, a judgment was entered in the above action on the 19th day of April, 2019 in favor of Plaintiff and against Defendants in the amount of $147,943.57, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
         January 18, 2023

Respectfully submitted,

The Klein Law Group P.C.

By: _____
Darren P.B. Rumack
39 Broadway, Suite 1530,
New York, NY 10006
Phone: 212-344-9022

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF Rockland       )

On the 18th day of JAN 2023 before me personally came Darren Rumack, to me known and known to be a member of the firm of The Klein Law Group, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                                      ANA E. RIOS
                        NOTARY PUBLIC, State of New York
                              No. 01RI6156593
                           Qualified in Rockland County
                          Commission Expires Dec. 4, 20_26_

_____
Notary Public